PAUL J. FISHMAN
United States Attorney

JOHN A. DiCICCO
Acting Assistant Attorney General

ARI D. KUNOFSKY (ADK 4289)
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
Post Office Box 227
Washington, D.C. 20044
(202) 353-9187
Counsel for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-cv-4084-JAP-DEA |
| v. ) | |
| ) | |
| ROBERT L. GAVETT, Sr., *et al.* ) | |
| ) | |
| Defendant. ) | |

## THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

The United States requests that the Court enter summary judgment under Fed. R. Civ. P. 56. The United States seeks a judgment that: **(a)** the United States has valid federal tax and judicial liens against the real property known as 26 Steinmetz, Hillsoborough, New Jersey; **(b)** the federal tax and judgment liens be foreclosed; and **(c)** that the property be sold with the proceeds to be distributed to the United States to be applied against the amounts owed on the liens.

6006771.2

The United States has attached a memorandum and declaration of Ari D. Kunofsky in support of its motion.

Dated: October 25, 2010

        Respectfully submitted,

        PAUL J. FISHMAN
        UNITED STATES ATTORNEY

        JOHN A. DICICCO
        ACTING ASSISTANT ATTORNEY GENERAL

          /s/ Ari Kunofsky
        ARI D. KUNOFSKY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 227
        Washington, DC 20044
        Telephone: (202) 353-9187
        Facsimile: (202) 514-6866
        Email: Ari.D.Kunofsky@usdoj.gov

        *Counsel for the United States*